# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS, | Case No. 1:12-cv-01904-SKO (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR ENTRY OF DEFAULT |
| v. | (Doc. 14) |
| M. CABRERA, | |
| Defendant. | |

Plaintiff Quincy Sims, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2012. This action is proceeding against Defendant Cabrera for violation of the Eighth Amendment of the United States Constitution.

On April 7, 2014, Plaintiff filed a motion seeking entry of default. Defendant filed an opposition on April 7, 2014.

Defendant was not in default at any time. Fed. R. Civ. P. 55. Defendant waived service of the summons and complaint, and he filed a timely request for an extension of time to file a response to Plaintiff's amended complaint. Fed. R. Civ. P. 6; Local Rule 144. Defendant's motion was granted, and he filed a timely answer to Plaintiff's amended complaint on May 1, 2014.[1] Fed. R. Civ. P. 55.

---

[1] Defendant's response was due on April 3, 2014, Fed. R. Civ. P. 6(a), (d), and he was granted an extension of time to respond on March 27, 2014.

Accordingly, Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 2, 2014**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

2