# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CABRERA,<br><br>　　　　Defendant. | Case No. 1:12-cv-01904-LJO-SKO (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SEVEN-DAY EXTENSION OF TIME TO FILE MOTION<br><br>(Doc. 64)<br><br>Deadline: 09/09/2015 |

Plaintiff Quincy Sims, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 21, 2012. This action for damages is proceeding against Defendant M. Cabrera for failing to protect Plaintiff from the threat of harm by gang members or affiliates while he was at Kern Valley State Prison, in violation of the Eighth Amendment of the United States Constitution.

On September 2, 2015, Defendant filed a motion seeking a seven-day extension of time to file his motion for summary judgment. Good cause having been shown and in the absence of any prejudice, Defendant's motion is HEREBY GRANTED and he shall file the motion on or before September 9, 2015. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:　**September 4, 2015**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE